1  BLANK ROME LLP
   Caroline P. Donelan (SBN 268762)
2  cdonelan@blankrome.com
   Emily K. Borman (SBN 303180)
3  eborman@blankrome.com
   2029 Century Park East, 6th Floor
4  Los Angeles, CA 90067
   Telephone:  424.239.3400
5  Facsimile:   424.239.3434

6  Attorneys for Defendant
   FREEDOM MORTGAGE CORPORATION
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

| 10 | MELISSA SMITH, an individual, | Case No. 2:18-cv-6606 |
|---|---|---|
| 11 | Plaintiff, | **PROOF OF SEVICE** |
| 12 | vs. | |
| 13 | FREEDOM MORTGAGE CORPORATION, an active Corporation; and, DOES 1 through 50, inclusive, | |
| 14 | | State Complaint filed: June 26, 2018 |
| 15 | Defendants. | |

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is **BLANK ROME LLP**, 2029 Century Park East, 6th Floor, Los Angeles, California 90067.

On **August 1, 2018,** I served the foregoing document(s):

(1) **DEFENDANT'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. SECTIONS 1332, 1441 AND 1446;**
(2) **DECLARATION OF CAROLINE P. DONELAN IN SUPPORT OF DEFENDANT FREEDOM MORTGAGE CORPORATION'S NOTICE OF REMOVAL;**
(3) **DECLARATION OF KEITH B. JOSEPH IN SUPPORT OF DEFENDANT FREEDOM MORTGAGE CORPORATION'S NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT;**
(4) **CIVIL COVER SHEET;**
(5) **CERTIFICATION AND NOTICE OF INTERESTED PARTIES;**
(6) **DEFENDANT FREEDOM MORTGAGE CORPORATION'S RULE 7.1 CORPORATE PARTY DISCLOSURE STATEMENT;** and
(7) **PROOF OF SERVICE.**

on the interested parties in this action addressed and sent as follows:

Zhara Khoury
Ziad Elrawashdeh
RAWA LAW GROUP, APC
5843 Pine Avenue
Chino Hills, CA 91709
Telephone: (909) 393-0660
Facsimile: (888) 250-8844

*Attorneys for Plaintiff MELISSA SMITH*

☒ **BY ENVELOPE:** by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelope(s) addressed as indicated and delivering such envelope(s):

☒ **BY FEDEX:** I caused such envelope(s) to be deposited in a box or other facility regularly maintained by FedEx, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents in an envelope designated by the said express service carrier, addressed as indicated, with delivery fees paid or provided for, to be transmitted by FedEx.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on **August 1, 2018**, at Los Angeles, California.

*/s/ Michelle Grams*
Michelle Grams

103718.00200/110936536v.1

1

**PROOF OF SERVICE**